OPINION — AG — LIENS CREATED BY THE PROVISIONS OF 56 O.S. 1971 200 [56-200], MAY ONLY BE FILED IN THE OFFICE OF THE DISTRICT COURT CLERK OF OKLAHOMA COUNTY; THE FILING OF SUCH LIENS WITH OTHER OFFICES DOES NOT CONSTITUTE PERFECTION OF SUCH LIENS. CITE: 42 O.S. 1978 Supp., 43 [42-43], 42 O.S. 1978 Supp., 44 [42-44] (POOR PERSONS) (MANVILLE T. BUFORD) 42 O.S. 43 [42-43], 56 O.S. 200 [56-200](D)